COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR REHEARING
# AND REHEARING EN BANC

Appellate case name:        Santos Almanzar, IV v. The State of Texas

Appellate case number:      01-11-01058-CR

Trial court case number:    10CR1498

Trial court:                56th District Court of Galveston County, Texas

Appellant's motion for rehearing and rehearing en banc is **DENIED**.

It is so **ORDERED**.

Judge's signature: /s/ Harvey Brown

Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle (Justice Sharp not participating).

Date:        June 4, 2013